No. 96–5661. THOMAS *v.* ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5662. MEADOWS *v.* HAYLING ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5663. TESCIUBA *v.* KOCH, FORMER MAYOR OF CITY OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–5666. BISHOP *v.* STATE BAR OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 96–5672. HAYNES *v.* PATTERSON. C. A. 11th Cir. Certiorari denied.

No. 96–5674. TOBIAS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 96–5677. JAMES *v.* RYAN. C. A. 11th Cir. Certiorari denied.

No. 96–5678. MARCUM *v.* MCANINCH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5682. THOMAS *v.* ADAMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5684. TOBIAS *v.* YOUNG, JUDGE, DISTRICT COURT OF TEXAS, TARRANT COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5690. STEELE *v.* CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5693. WILLIAMS *v.* FOUNTAIN ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5694. WILLIAMS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–5695. MARKS *v.* ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.